**Robert K. GRAY and Elton Hailey,**
**\ellants,**

**v.**

**J. LEO KOLB COMPANY, Inc., a corporation, and Joan E. Meyers, Appellees.**

**No. 2527.**

Municipal Court of Appeals for the District of Columbia.

Argued Feb. 29, 1960.

Decided April 14, 1960.

Jerrold Scoutt, Jr., Washington, D. C., for appellants.

Mark P. Friedlander, Washington, D. C., Mark P. Friedlander, Jr., and Blaine P. Friedlander, Washington, D. C., on the brief, for appellees.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

This appeal is from a judgment for the appellees following a trial finding by the court in their favor.

Appellants have failed to file either a statement of proceedings and evi-

dence or a transcript of the trial testimony [our Rule 21(f) ]. It was incumbent on them to furnish us with a sufficient record to enable us to pass on the error of law assigned; absent such a record we have no way of determining whether the court was correct or not. Consequently we have no discretion except to affirm.[1]

It is so ordered.

---

1. Levene v. Oliver, D.C.Mun.App., 158 A.2d 324; Courembis v. Morfessis, D.C.Mun.App., 142 A.2d 517.